IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOBBY GOLDSTEIN PRODUCTIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| VS. | ) ) | CIVIL ACTION NO. |
| THOMAS L. HABEEB and ATVD, LLC d/b/a AMERICAN TELEVISION DISTRIBUTION, | ) ) ) ) | 3:21-CV-1924-G |
| Defendants. | ) ) | |

### ORDER AWARDING ATTORNEY'S FEES UNDER FEDERAL RULE OF CIVIL PROCEDURE 54 AND 17 U.S.C. § 505

The court has entered its Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the plaintiff Bobby Goldstein Productions, Inc.'s motion for attorney's fees (docket entry 129) is **GRANTED** in part.

Pursuant to 17 U.S.C. § 505, the court hereby **AWARDS** the plaintiff Bobby Goldstein Productions, Inc. attorney's fees in the amount of $865,101.94. The defendants Thomas L. Habeeb and ATVD, LLC d/b/a American Television Distribution, jointly and severally, shall pay $865,101.94 to the plaintiff Bobby

Goldstein Productions, Inc. without delay and no later than ten (10) days following the issuance of this order.  This is a final disposition with respect to the plaintiff's motion for attorney's fees.

    **SO ORDERED**.

December 19, 2023.

                                                _____
                                                **A. JOE FISH**
                                                **Senior United States District Judge**