IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOBBY GOLDSTEIN PRODUCTIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| VS. | ) ) | CIVIL ACTION NO. |
| THOMAS L. HABEEB and ATVD, LLC d/b/a AMERICAN TELEVISION DISTRIBUTION, | ) ) ) ) ) | 3:21-CV-1924-G |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated November 27, 2023 (docket entry 146). The court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

December 19, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**